# United States District Court - Violation Notice

FILED - 10/19/2016
USDC - DISTRICT OF NEW MEXICO
CASE NO. 16-3855 MJ

**Violation Number:** 6039502
**Officer Name:** Lawrence Butler
**Officer No.:** B7503
**CVB Location Code:** CAFB

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

- **Date and Time of Offense:** 07/12/2016 0800
- **Offense Charged:** ☒ State Code — NMSA 30-3-1
- **Place of Offense:** Bldg 160 CAFB
- **Offense Description / Factual Basis for Charge:** Assault

## DEFENDANT INFORMATION

- **Phone:** (210) 840-4111
- **Last Name:** Hernandez
- **First Name:** Francisco
- **M.I.:** L
- **Street Address:** 7730B Ratchet Lp
- **City:** Clovis
- **State:** NM
- **Zip Code:** 88101
- **Date of Birth:** 09-09-1993
- **Drivers License No.:** 3407297
- **D.L. State:** TX
- **Social Security No.:** 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
- ☒ Adult  ☒ Male
- **Hair:** Blk  **Eyes:** Bro  **Height:** 5'09"  **Weight:** 200

**VEHICLE:** (blank)

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE:** (not shown)

X Defendant Signature: Francisco Hernandez

(Rev. 09/2015) Original - CVB Copy

CVB SCAN JUL 26, 2016 08:13

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12 July, 2016 while exercising my duties as law enforcement officer in the 9th District of Curry County

I was dispatched to bldg 160 on Cannon Air Force Base for a verbal altercation. Based on the victims statement, I felt this met criteria outlined under NMSA 30-3-1 Assault para C as well as B. For further information refer to incident report.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/12/2016   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

# United States District Court
## Violation Notice

CVB Location Code: **CAFB**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| **6039503** | Lawrence Butler | B7503 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 07/12/2016 0800
Offense Charged: ☐ CFR ☐ USC ☒ State Code — NMSA 30-3A-2

Place of Offense: Bldg 160 CAFB

Offense Description: Factual Basis for Charge — Harassment: Penalties

HAZMAT ☐

6039503

### DEFENDANT INFORMATION
Phone: (210) 840-4111

Last Name: Hernandez
First Name: Francisco
M.I.: L

Street Address: 7730B Ratchet Lp
City: Clovis
State: NM
Zip Code: 88101
Date of Birth: 09-09-1993

Drivers License No.: 34072897
CDL ☐
D.L. State: TX
Social Security No: 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

☒ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female    Hair: BK    Eyes: Bro    Height: 5'09"    Weight: 200

### VEHICLE
VIN: _____  CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Francisco Hernandez

(Rev. 09/2015)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 12 July, 2016 while exercising my duties as a law enforcement officer in the 9th District of Curry County

I was dispatched to bldg 160 on Cannon Air Force Base for a verbal altercation. Based on the victims statement, I felt this met criteria outlined under NMSA 30-3A-2 Harassment: Penalties para A. For further information refer to incident report.

The foregoing statement is based upon:
☐ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/12/2016    [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN JUL 26, 2016 08:13